JOHN H. MAGINNIS, by Guardian, etc., Appellant, *v.* THE CITY OF BROOKLYN, Respondent.

(Submitted March 10, 1891; decided April 14, 1891.)

APPEAL from judgment of the General Term of the Supreme Court of the City Court of Brooklyn, entered upon an order made October 28, 1889, which affirmed a judgment entered upon an order dismissing the plaintiff's complaint on trial.

*William G. Cooke* for appellant.

*Almet F. Jenks* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.